06-CV-00900-CJA

)NORABLE RICHARD A. JONES

FILED _____ ENTERED
LODGED _____ RECEIVED

AUG 1 4 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN JOHNSON, et al, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | NO. CV 06-0900 RAJ<br><br>ORDER GRANTING PLAINTIFF DAVID SPRINGER'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

This matter came before the Court upon Plaintiff David Springer's Stipulated Motion For Dismissal of his claims against defendant without prejudice, pursuant to FRCP 41(a)(1)(ii).

Having reviewed the Stipulated Motion for Dismissal of Plaintiff David Springer's claims, the Court hereby ORDERS:

Plaintiff David Springer's Stipulated Motion for Voluntary Dismissal without Prejudice is granted.

DATED this 13th day of Aug, 2008.

Richard A. Jones
United States District Judge
Western District of Washington

Order Granting Plaintiff David Springer's Stipulated Motion for Voluntary Dismissal without Prejudice (NO. CV06-0900 RAJ) - 1 -

KAMBEREDELSON, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370

PRESENTED BY:
LAW OFFICES OF ALAN HIMMELFARB
By /s/ Alan Himmelfarb
    Alan Himmelfarb

Jess G. Webster (Wa. Bar No. 11402)
Mikkelborg Broz Wells & Fryer PLLC
Jess G. Webster (WA. Bar No. 11402) Mitchell A. Broz (WA. Bar No. 17095)
1001 Fourth Ave Suite 3600
Seattle, WA 98154-1115
(206) 823-5890

Alan Himmelfarb
KamberEdelson, LLC
2757 Leonis Blvd
Vernon, California 90058-2304
Telephone: (323) 585-8696
consumerlaw1@earthlink.net

Scott A. Kamber
KamberEdelson, LLC
11 Broadway, 22nd Floor.
New York, NY. 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

Ethan Preston
KamberEdelson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370
epreston@kamberedelson.com
*Counsel for Brian Johnson, Brian Weatherill, Nathan Verrilli, James Grennan, and Charles Ellis.*

David Breskin (Wa. Bar No. 10607)
BRESKIN JOHNSON & TOWNSEND PLLC
999 3rd Avenue, Suite 4400
Seattle, WA 98104
Phone: (206) 652-8660

William W Houck (WA. Bar No. 13324)
HOUCK LAW FIRM, PS.
4045 262nd Ave SE
Issaquah, WA 98029-5713
Telephone: (425) 392-711

*Counsel for Engineered Process Controls LLC, and Martin Sifuentes*

Order Granting Plaintiff David Springer's Stipulated Motion
for Voluntary Dismissal without Prejudice (NO. CV06-0900
RAJ)    - 2 -

KAMBEREDELSON, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370