UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN JOHNSON, et al.,

    Plaintiffs,

v.

MICROSOFT CORPORATION,

    Defendant.

CASE NO. C06-0900RAJ

ORDER

The court has reviewed Plaintiffs' motion for reconsideration (Dkt. # 195) and Defendant's response thereto (Dkt. # 201).

Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. The sole basis for reconsideration is Plaintiffs' submission of evidence that it did not submit in support of its original motion. Plaintiffs have offered no explanation as to why they could not have brought this evidence to the court's attention earlier in the exercise of reasonable

ORDER

diligence. Furthermore, even if the court did consider the new evidence, it does not establish that the previous ruling was erroneous.

Accordingly, Plaintiffs' motion for reconsideration (Dkt. # 195) is DENIED.

Dated this 15th day of January, 2009.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Judge

ORDER