HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN JOHNSON, et al, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br>a Washington corporation,<br><br>　　　　　　Defendant. | No.  CV 06-0900 RAJ<br><br>**PLAINTIFF CHARLES ELLIS – NOTICE OF APPEAL** |

Plaintiff Charles Ellis hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following Orders and Judgments:

　　1.　　Order and Judgment granting Defendant's Motion for Summary Judgment to dismiss his breach of contract claims, entered in this action on June 23, 2009;

　　2.　　Order denying Plaintiff Charles Ellis' Motion for Summary Judgment against Microsoft on his breach of contract claims, entered in this action on June 23, 2009;

　　The above identified Orders and Judgment were made final and appealable by the Order dismissing with prejudice the claims of Charles Ellis, entered on September 2, 2009.

1

2  DATED this 30th day of September, 2008.

3

4  By /s_____
   Alan Himmelfarb

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APEAL
CASE NO. CV06_0900 RAJ

KamberEdelson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), the following are the parties to this action, along with the names, addresses and telephone numbers of their respective counsel.

| *Name and Address of Counsel* | *Represented Party* |
|---|---|
| Karl Justin Quackenbush<br>Gavin B. Skok<br>Riddell Williams<br>1001 4th Ave. Plaza, Ste. 4500<br>Seattle, WA 98154<br>206-624-3600<br>Fax: 206-389-1708<br>Email: kquackenbush@riddellwilliams.com | Microsoft Corporation |
| Charles B. Casper<br>Gregory J. Hauck<br>Montgomery McCracken Walker & Rhoads<br>123 S. Broad St., 24th Floor<br>Philadelphia, PA 19109-1099<br>215-772-1500<br>Email: ghauck@mmwr.com | Microsoft Corporation |
| Todd L. Nunn<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>925 Fourth Ave., Ste. 2900<br>Seattle, WA 98104-1158<br>206-623-7580<br>Fax: FAX 224-7095<br>Email: todd.nunn@klgates.com | Microsoft Corporation |
| Alan Himmelfarb<br>KamberEdelson, LLC<br>2757 Leonis Blvd<br>Vernon, California 90058-2304<br>Telephone: (323) 585-8696<br>consumerlaw1@earthlink.net | Charles Ellis |

NOTICE OF APEAL
CASE NO. CV06_0900 RAJ

KamberEdelson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370

1

2

3   Scott A. Kamber                              Charles Ellis
    KamberEdelson, LLC
4   11 Broadway, 22nd Floor.
    New York, NY. 10004
5   Telephone: (212) 920-3072
    Fax: (212) 202-6364
6   skamber@kamberedelson.com

7
    David Breskin (Wa. Bar No. 10607)
8   Daniel Johnson
    Roger Townsend
9   BRESKIN JOHNSON & TOWNSEND PLLC
    999 3rd Avenue, Suite 4400
10  Seattle, WA 98104
    Phone: (206) 652-8660
11
    William W Houck (WA. Bar No. 13324)
12  HOUCK LAW FIRM, PS.
    4045 262nd Ave SE
13  Issaquah, WA 98029-5713
    Telephone: (425) 392-711

14

15

16

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**
(JOHNSON, *et al.*, v. MICROSOFT CORP.,   No.  C06-0900 RAJ)

I am a resident of the State of California, and over the age of 18, and not a party to within action; my business address is 2757 Leonis Blvd, Vernon, CA 90058.

On September 30, 2009, I filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

| Addressee | Represent | Service |
|---|---|---|
| Gregory J. Hauck<br>Montgomery McCracken Walker & Rhoads<br>123 S. Broad St., 24th Floor<br>Philadelphia, PA 19109-1099<br>215-772-1500<br>Email: ghauck@mmwr.com | Microsoft | Email |
| Karl Justin Quackenbush<br>Riddell Williams<br>1001 4th Ave. Plaza, Ste. 4500<br>Seattle, WA 98154<br>206-624-3600<br>Fax: 206-389-1708<br>Email: kquackenbush@riddellwilliams.com | Microsoft | Email |
| Todd L. Nunn<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>925 Fourth Ave., Ste. 2900<br>Seattle, WA 98104-1158<br>206-623-7580<br>Fax: FAX 224-7095<br>Email: todd.nunn@klgates.com | Microsoft | Email |

Executed on September 30, 2009 at Los Angeles, California.

_____/s/_____
Alan Himmelfarb

NOTICE OF APEAL
CASE NO. CV06_0900 RAJ

KamberEdelson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370