Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN JOHNSON, *et al.*,<br><br>                 Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>                 Defendant. | No. CV06-0900 RAJ<br><br>STIPULATION AND JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE |

**MOTION**

All Plaintiffs and Defendant hereby stipulate that this action may be dismissed with prejudice, and move for entry of an order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own attorneys' fees and costs.

DATED this 4th day of February, 2010.

| | |
|---|---|
| s/Karl J. Quackenbush<br>  Karl J. Quackenbush, WSBA #9602<br>  Gavin W. Skok, WSBA #29766<br>  RIDDELL WILLIAMS P.S.<br>  1001 Fourth Avenue, Suite 4500<br>  Seattle, WA 98154<br>  Tel: (206) 624-3600<br>  Email: kquackenbush@riddellwilliams.com<br>  Email: gskok@riddellwilliams.com | s/Alan Himmelfarb (approved via email)<br>  Alan Himmelfarb, *Admitted Pro Hac Vice*<br>  LAW OFFICES OF ALAN HIMMELFARB<br>  2757 Leonis Blvd.<br>  Vernon, CA 90058-2304<br>  Tel: (323) 585-8696<br>  Email: consumerlaw1@earthlink.net |

STIPULATION AND JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE - 1
(Case No. CV06-0900 RAJ)
4845-2996-7877.01
020410/1136/20363.00450

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON 98154
TELEPHONE: (206) 624-3600
FACSIMILE: (206) 389-1708

Charles B. Casper, *Admitted pro hac vice*
Gregory Hauck, *Admitted pro hac vice*
MONTGOMERY MCCRACKEN WALKER
  &amp; RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1029
Tel:  (215) 772-1500
Fax:  (215) 772-7620
Email:  ccasper@mmwr.com

*Attorneys for Defendant*
*Microsoft Corporation*

s/William Houck (approved via email)
  William Houck, WSBA #13324
  HOUCK LAW FIRM P.S.
  4045 – 262ND Avenue S.E.
  Issaquah, WA  98029-5713
  Tel: (425) 392-7111
  Email: houcklaw@gmail.com

  David Breskin, WSBA #10607
  Roger M. Townsend, WSBA #25525
  Daniel F. Johnson, WSBA #27848
  BRESKIN JOHNSON & TOWNSEND, PLLC
  999 Third Avenue, Suite 4400
  Seattle, WA  98104-4088
  Tel: (206) 652-8606
  Email:  dbreskin@bjtlegal.com

*Attorneys for Plaintiffs Engineered Process*
*Controls, LLC and Martin Sifuentes*

s/Scott A. Kamber (approved via email)
  Scott A. Kamber, *Admitted Pro Hac Vice*
  KAMBEREDELSON, LLC
  11 Broadway, 22nd Floor
  New York, NY  10004
  Tel: (212) 920-3072
  Email:  skamber@kamberedelson.com

*Attorneys for Plaintiffs Brian Johnson, Brian*
*Weatherill, Nathan Verrilli,*
*James Grennan, and Charles Ellis*

STIPULATION AND JOINT MOTION FOR ENTRY OF
ORDER OF DISMISSAL WITH PREJUDICE - 2
(Case No. CV06-0900 RAJ)
4845-2996-7877.01
020410/1136/20363.00450

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON 98154
TELEPHONE: (206) 624-3600
FACSIMILE: (206) 389-1708

**[PROPOSED] ORDER**

This matter is hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated this ____ day of February, 2010.

_____
Richard A. Jones
United States District Court Judge

Presented by:

s/Karl J. Quackenbush
  Karl J. Quackenbush, WSBA #9602
  Gavin W. Skok, WSBA #
  RIDDELL WILLIAMS P.S.
  1001 Fourth Avenue, Suite 4500
  Seattle, WA  98154
  Tel:  (206) 624-3600
  Email:  kquackenbush@riddellwilliams.com
  Email:  gskok@riddellwilliams.com

Charles B. Casper, *Admitted pro hac vice*
Gregory Hauck, *Admitted pro hac vice*
MONTGOMERY MCCRACKEN WALKER
   & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1029
Tel:  (215) 772-1500
Fax:  (215) 772-7620
Email:  ccasper@mmwr.com

*Attorneys for Defendant*
*Microsoft Corporation*

STIPULATION AND JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE - 3
(Case No. CV06-0900 RAJ)
4845-2996-7877.01
020410/1136/20363.00450

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WASHINGTON 98154
TELEPHONE: (206) 624-3600
FACSIMILE: (206) 389-1708