HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN JOHNSON, *et al.,*

                Plaintiffs,

vs.

MICROSOFT CORPORATION, a Washington corporation,

                Defendant.

No. CV06-0900RAJ

**ORDER**

Scott A. Kamber seeks to withdraw as counsel for Plaintiffs Brian Johnson, Brian Weatherill, Nathan Verrilli, James Grennan, and Charles Ellis in the above-captioned litigation. As this Court finds that Mr. Kamber has submitted satisfactory reasoning for withdrawal, that the granting of his Motion will not cause substantial prejudice or delay to any party, and that all parties have joined in this request by stipulation,

IT IS HEREBY ORDERED that Scott A. Kamber's Stipulated Request to Withdraw as Counsel for Plaintiffs is GRANTED, and Scott A. Kamber is hereby terminated as counsel in this proceeding.

Dated this 5th day of February, 2010.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

Scott A. Kamber, *Admitted Pro Hac Vice*
KAMBERLAW, LLC
11 Broadway, 22nd Floor
New York, NY  10004
Tel:  (212) 920-3072
Email:  skamber@kamberlaw.com

2
CASE NO. CV06_0900