Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRIAN JOHNSON, *et al.*,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>    Defendant. | No. CV06-0900 RAJ<br><br>ORDER |

Based on the parties' stipulation (Dkt. # 234), this matter is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 5th day of February, 2010.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1
(Case No. CV06-0900 RAJ)

Presented by:

s/Karl J. Quackenbush
  Karl J. Quackenbush, WSBA #9602
  Gavin W. Skok, WSBA # 29766
  RIDDELL WILLIAMS P.S.
  1001 Fourth Avenue, Suite 4500
  Seattle, WA  98154
  Tel:  (206) 624-3600
  Email:  kquackenbush@riddellwilliams.com
  Email:  gskok@riddellwilliams.com

Charles B. Casper, *Admitted pro hac vice*
Gregory Hauck, *Admitted pro hac vice*
MONTGOMERY MCCRACKEN WALKER
   & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1029
Tel:  (215) 772-1500
Fax:  (215) 772-7620
Email:  ccasper@mmwr.com

*Attorneys for Defendant*
*Microsoft Corporation*

ORDER OF DISMISSAL WITH PREJUDICE - 2
(Case No. CV06-0900 RAJ)